UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. TURNER,<br>　　　　　Petitioner,<br>　　v.<br>J. PRICE,<br>　　　　　Respondent. | Case No. 16-cv-07007-JST (PR)<br><br>**ORDER REOPENING ACTION** |

This action was dismissed without prejudice on March 6, 2017 because petitioner did not pay the filing fee and his in forma pauperis (IFP) application was incomplete. Petitioner has now paid the filing fee and requested to reopen the action. In the interests of justice, the action is hereby REOPENED. The order of dismissal (dkt. no. 4) is VACATED. The petition will be reviewed in a separate order.

**IT IS SO ORDERED.**

Dated: April 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge